UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 23660
    FRANCISCO R OLIVARES
    MARIA N CAMEY                               CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER
            Debtor
    SSN XXX-XX-9742   SSN XXX-XX-8832

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 09/08/2008 and was not confirmed.

    The case was dismissed without confirmation 11/12/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ACCREDITED HOME LENDERS | MORTGAGE NOTI | NOT FILED | .00 | .00 |
| ACCREDITED HOME LENDER | CURRENT MORTG | .00 | .00 | .00 |
| ACCREDITED HOME LENDER | SECURED NOT I | 24314.87 | .00 | .00 |
| CAVALRY PORTFOLIO SERVIC | UNSECURED | 513.20 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 885.80 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 355.15 | .00 | .00 |
| STEVEN O HAMILL | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                            /s/ Tom Vaughn
    Dated: 02/25/09         _____
                            TOM VAUGHN
                            CHAPTER 13 TRUSTEE